IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

RONALD MURRAY,                )
                              )
        Plaintiff,            )
                              )
v.                            )   Case No. 04-1298-JTM
                              )   (consolidated with
EDWARDS COUNTY SHERIFF'S      )   Case No. 05-1046-JTM)
DEPARTMENT, et al.,           )
                              )
        Defendants.           )
_____)

**ORDER**

Before the Court is Defendants' Motion for Leave to take Plaintiff's Deposition. (Doc. 126.) The motion is unopposed.

Fed. R. Civ. P. 30(a)(2) provides that "A party must obtain leave of court, which shall be granted to the extent consistent with the principles stated in Rule 26(b)(2), if the person to be examined in confined in prison." Defendants wish to depose Plaintiff who is currently incarcerated in El Dorado Correctional Facility. An Order pursuant to Fed. R. Civ. P. 30(a)(2) is therefore appropriate. Defendants' motion is GRANTED and Defendants are hereby allowed to take the deposition of Plaintiff at the El Dorado Correctional Facility pursuant to any rules

1

and regulations established by that facility.

    **IT IS SO ORDERED**.

Dated at Wichita, Kansas on this 27th day of December, 2005.

                                                  s/ Donald W. Bostwick
                                               DONALD W. BOSTWICK
                                               United States Magistrate Judge