IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| RONALD MURRAY, pro se, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 04-1298-JTM |
| | ) | (Consolidated with |
| EDWARDS COUNTY SHERIFF'S | ) | Case No. 05-1046-JTM and |
| DEPARTMENT, et. al., | ) | Case No. 05-1308-JTM) |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## **ORDER**

A pretrial conference was set for March 28, 2006, in the above cases. The conference was held by telephone. Plaintiff appeared *pro se.* Defendants appeared through counsel Jeffery P. DeGraffenreid and Wendell F. Cowan, Jr.

On March 21, 2006, Defendants filed their Motion to Amend Scheduling Order (Doc. 180), which seeks to continue the pretrial conference and the dispositive motion deadline. Plaintiff did not object to the motion and it is hereby GRANTED. The following dates and deadlines hereby govern these consolidated cases:

1. By **April 21, 2006**, Defendants shall submit to the undersigned magistrate judge a proposed pretrial order containing the positions of all parties (formatted in WordPerfect 9.0 or earlier version) as an

attachment to an Internet e-mail sent to

ksd_bostwick_chambers@ksd.uscourts.gov.

The proposed pretrial order shall not be filed with the Clerk's Office. It shall be in the form available on the court's website (www.ksd.uscourts.gov),.

2. A Pretrial Conference will be held by telephone on **April 25, 2006 at 10:30 a.m.** before the undersigned magistrate judge. The Court will place the call;

3. All dispositive motions shall be filed on or before **June 14, 2006**; all responses shall be filed on or before **July 7, 2006**; any replies shall be filed on or before **July 31, 2006**.[1] Any motion and accompanying memorandum shall comply with the requirements of Fed.R.Civ.P. 56 and D. Kan. Rule 56.1. The arguments and authorities section of briefs or memoranda submitted shall not exceed 30 pages, absent an order of the court.

4. All proposed findings of fact and conclusions of law are to be filed on or before **January 30, 2007**;

---

[1] At the conference, both parties advised the Court that they would not be using any expert witnesses at trial therefore there is no need to set a deadline for the filing of *Daubert* or *Khumo Tire* motions concerning expert testimony.

5.      A bench trial has been <u>re-set</u> for **February 13, 2007 at 9:00 a.m.** before the Hon. J. Thomas Marten in Room 232, U.S. Courthouse, 401 North Market, Wichita, Kansas.  The parties estimate that the trial will take no longer than four days.  This trial setting may only be changed by order of the trial judge.

6.      The parties should review and comply with Judge Marten's Guidelines for Parties and Counsel on Pretrial and Trial Matters (Rev. 6/03).  This can be found on the court website at: http://www.ksd.uscourts.gov/chambers/jtm/GuidelinesForPartiesAndCounsel.pdf

Also pending are two motions by Plaintiff (Doc. 152 & 155) which requests that Plaintiff receive a copy of the motions for summary judgment he previously filed in this case.  Defendants have sent copies to Plaintiff, *see* Doc. 160, therefore the parties agree, and the Court finds that these motions are MOOT.

IT IS SO ORDERED.

Dated at Wichita, Kansas on this 29th day of March, 2006.

                                                s/ Donald W. Bostwick
                                                DONALD W. BOSTWICK
                                                U.S. MAGISTRATE JUDGE